UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| 3M COMPANY, : | |
| Plaintiff, : | Case No. 3:20-cv-443 |
| v. : | Judge Thomas M. Rose |
| PREMIUM CONTRACTOR SOLUTION, LLC, : | |
| Defendant. : | |

**ENTRY AND ORDER GRANTING MOTION TO FILE CASE UNDER SEAL
(DOC. 1)**

Pursuant to the motion of Plaintiff 3M Company ("3M") to file the above-referenced action under seal, and for good cause shown, the Court **GRANTS** 3M's motion. The Clerk of Court is hereby **ORDERED** to file the Motion to File Case Under Seal, the Complaint, the Motion for Ex Parte Seizure Order, Temporary Restraining Order, and Preliminary Injunctive Relief, and this Order in this action under seal. Said filings shall remain under seal until further order of the Court.

**DONE** and **ORDERED** in Dayton, Ohio, this Thursday, October 29, 2020.

s/Thomas M. Rose
_____
THOMAS M. ROSE
UNITED STATES DISTRICT JUDGE